IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROCKY L. PAIGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION  04-0461-WS-L** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 30, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 20th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

Case 1:04-cv-00461-WS-D   Document 18   Filed 07/20/05   Page 2 of 2